Gavin Mehl
890 Wedge Wood Ct.
West Sacramento, CA 95605
Ph: (917) 304-6089

Debtor pro se.

FILED
JUN 15 2018
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re:

MEHL, GAVIN

Debtor.

Case No. 16-24643-D-7

Chapter 7

DCN:     GGM-3

Hearing Date:    N/A
Hearing Time:    N/A
Dept:     D
Courtroom:     34
Judge:     Bardwill
Location:     501 I St., 6th Floor
Sacramento, CA 95814

**DEBTOR'S EX PARTE APPLICATION TO REOPEN CASE**

COMES NOW Debtor and applies Ex Parte to this Court to reopen his case for the purpose of filing Motions to Avoid Lien.

Debtor filed for Chapter 7 Bankruptcy Protection on July 15, 2016 and received his Discharge on October 28, 2016.

In Debtor's Petition, he disclosed an interest in real property commonly known as 890 Wedge Wood Ct., West Sacramento, CA 95605 ("the property"). See Schedule A. Also in his Petition, Debtor identified at least two Creditor Judgment Liens held by First National Mortgage Sources, LLC and FIA

Card Services[1].  See Schedule D.

　　　　Debtor wishes to seek to avoid those liens.  In addition, Debtor may need to file an Amendment to the Schedules (although he has yet to determine this for certain).

Respectfully submitted,

Dated: June 14, 2018

_____
Gavin Mehl
Debtor

---

[1] Debtor did file to avoid one of those liens, which request was denied. Debtor believes that he can resolve the errors in that Motion and present it to the Court. In any event, there remains one judgment lien which had never been presented to this Court for avoidance.